

FILED & JUDGEMENT ENTERED
Steven T. Salata

April 12, 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:  
David Eugene Goodman Sr

SSN#: XXX-XX-1759

Case No.  17-50077

Chapter 13

**ORDER CONFIRMING PLAN**

THIS CAUSE COMING ON FOR HEARING BEFORE THE UNITED STATES BANKRUPTCY COURT for consideration of a Chapter 13 plan proposed by the above-referenced debtor and upon the recommendation of the Chapter 13 Trustee, the Court hereby finds and concludes as follows:

1. The debtor has proposed a plan, including all pre-confirmation modifications to the proposed plan as were filed, and including any motions for valuation of security and lien avoidance as may be contained in the plan, all of which are incorporated by reference herein.

2. Notice of the proposed plan, including any modifications to the plan and any motions as referenced hereinabove, was properly given to all necessary parties in interest.

3. The proposed plan, with any modifications and motions included in the proposed plan, complies with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules.

Based upon the foregoing, **IT IS HEREBY ORDERED** as follows:

1. The proposed plan of the debtor is **CONFIRMED** as follows:

    **A.**  The plan payment is set at $1020 for 60 month(s).

2. Any motions for valuation of security and/or lien avoidance are **GRANTED.**

3. The Trustee shall receive and disburse funds pursuant to the terms of the confirmed plan, applicable provisions of title 11, U.S.C., and any relevant administrative orders of the Court now in effect and that may be entered in the future.

4. **All Real Property Creditors** who receive Conduit Payments from the Trustee shall Credit the First Conduit Payments as follows:

| | | |
|---|---|---|
| Selene Finance LP | June 2017 | Court Claim #: |

Any party in interest who objects to this **Disbursement Credit Date** shall file such objection with the Clerk of Court within fifteen (15) days of the date of entry of this order. The Court shall schedule a hearing with notice to all affected parties in interest on any such objections that are timely filed.

Plan Summary Docket #(s):  9

This Order has been signed electronically,  
pursuant to administrative order of the Court.  
Effective as of date of entry.

Laura T. Beyer  
UNITED STATES BANKRUPTCY JUDGE