## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

IN RE:  David Eugene Goodman, Sr.                          CASE NO. 17-50077
                                                          CHAPTER: 13

### MOTION TO MODIFY PLAN

NOW COMES debtor and shows unto the Court that:

1.   Debtor's case was confirmed April 12, 2017 for 60 months at $1020 per month. Debtor listed two secured debts, one on his vehicle and another on his residence, a first mortgage debt to Selene Finance.

2.   However, an unlisted second secured mortgagee filed a proof of claim, Claim No. 2, US Dept of Housing and Urban Development, on his residence at 208 Apache Dr. , North Wilkesboro NC 28659. The claim is for $2898.48 at 0% interest. This claim needs to be added to the plan and paid over the remaining  months of the 60 month plan as a secured debt at 0% interest and debtor's plan needs to be modified accordingly.

Wherefore, Debtor moves the Court that his plan be modified as herein stated and that the debt of US Dept of Housing and Urban Development be paid as a secured debt at 0% interest through the plan for the plan's remaining months; that debtor's counsel be awarded a non-base fee of $450 and $22 mailing costs, to total $472, to be paid through the plan.

This 19th day of  May , 2017.

/s/Gregory Luck
Gregory Luck
Attorney for Debtor
Bar No. 10687
101 West Street
Wilkesboro, NC  28697
336-667-8811