**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:  
David Eugene Goodman Sr

Case No. 17-50077

Chapter 13

SSN# :  XXX-XX-1759

**MOTION OF TRUSTEE TO MODIFY PLAN**

The undersigned, being the Standing Trustee for the debtor listed above, hereby moves the Court as follows:

Subsequent to the confirmation, the Trustee has reviewed this case and believes the plan of the debtor will no longer meet the requirements of the bankruptcy code due to the following reason:

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Scheduled Claim Amnt | Asserted Claim Amnt | Claim Type |
|---|---|---|---|---|---|---|
| 5 | 4 | Selene Finance LP | 4703 | $3,395.00 | $4,168.56 | N-Mortgage/Lease Arrears |
| 13 | 2 | U.S. Department of Housing and Urban Development | 1374 | $0.00 | $2,898.48 | M-Mortgage/Lease |

**The above-referenced claim(s) was scheduled for a substantially lesser amount.**

**The above-referenced claim was added to the case per the order entered June 19, 2017  (Clerk Doc #14).**

The Trustee recommends that the plan be modified as follows:

**Your monthly plan payment will be increased to $1075.00.**

**Base will be adjusted as needed.**

Dated:  9/8/2017

Steven G. Tate  
Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:
David Eugene Goodman Sr

SSN# : XXX-XX-1759

Case No.  17-50077

Chapter 13

## NOTICE OF OPPORTUNITY FOR HEARING

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Motion to Modify Plan. A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 10/2/2017, you or your attorney must do three things:

**1. File with the Court a written response** <u>requesting that the Court hold a hearing</u> **and explaining your position.  File the response at:**

> CLERK, U.S. BANKRUPTCY COURT
> 401 W Trade St Room 111
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date: 11/3/2017                    Time:  9:30 AM

Location:    U.S. Courthouse
Main Courtroom, First Floor
200 West Broad Street
Statesville, NC 28677

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated:  9/8/2017

Steven G. Tate, Chapter 13 Trustee
212 Cooper St
Statesville, NC  28677-5856
(704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

IN RE:  
David Eugene Goodman Sr

SSN# : XXX-XX-1759

Case No. 17-50077

Chapter 13

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 9/11/2017.

A. Hamby  
Office of the Chapter 13 Trustee

Allied Financial Services, 419 Main St, North Wilkesboro, NC 28659-4403
COASTAL FEDERAL CREDIT UNION, PO BOX 58429, RALEIGH, NC 27658-8429
David Eugene Goodman Sr, 208 Apache Dr, North Wilkesboro, NC 28659
GEMB, Attn Bankruptcy Lowes/Syncb, PO Box 103104, Roswell, GA 30076
HCA DBA Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728
Hutchens Law Firm, PO Box 2505, 4317 Ramsey St, Fayetteville, NC 28302
Hyundai Financial, Attn Bankruptcy, PO Box 20809, Fountain Valley, CA 92708
McElwee Law Firm, 906 Main St, N Wilkesboro, NC 28659
MILLER FUNERAL SERVICE INC, 180 SPARTA ROAD, NORTH WILKESBORO, NC 28659
Philip Stuart Traynor, Marinosci Law Group PC, 14643 Dallas Parkway Ste 750, Dallas, TX 75254
Selene Finance LP, Attn Customer Service, PO Box 422039, Houston, TX 77242-4239
Selene Finance LP, Ste 400, 9990 Richmond Ave, Houston, TX 77042-4546
Syncb/lowes, PO Box 965005, Orlando, FL 32896
Synchrony Bank, PO Box 965033, Orlando, FL 32896-5033
U.S. Department of Housing and Urban Development, Novad Management Consulting, LLC, 2401 N.W. 23rd Street, Suite 1 A1, Oklahoma City, OK 73107
US Dept of Housing and Urban Development HUD, 451 Seventh St SW, Washington, DC 20410-0001
Valley Radiology Associates, PO Box 3506, Hickory, NC 28603-3506
Wake Forest Univ Physicans, PO Box 344, Winston Salem, NC 27102-0344
Wilkes Regional Medical Center, Ste 107, 204 Jefferson St, N Wilkesboro, NC 28659
Wilkes Regional Medical Ctr, PO Box 609, N Wilkesboro, NC 28659-0609

Total Served: 20

UNDELIVERABLE MAIL (Insufficient Mailing Address)

Total: 0